IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL EUGENE DANNELLY | § | |
| v. | § | CIVIL ACTION NO. 4:13cv438 |
| UNITED STATES OF AMERICA | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Relator, Michael Dannelly, proceeding *pro se*, filed this petition for writ of mandamus. This court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On September 17, 2014, the Magistrate Judge issued a Report recommending that the petition be dismissed as moot. A copy of this Report was sent to the Relator at his last known address, return receipt requested. However, no objections have been received.

The court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the court has determined that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 3) is ADOPTED as the opinion of the court. It is further

ORDERED that the above-styled petition for writ of mandamus is hereby DISMISSED as moot. Finally, it is

ORDERED that any and all other motions which may be pending in this civil action are hereby DENIED.

**SIGNED this the 23rd day of June, 2015.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE